_____

No. 95-3986
No. 95-3987
_____

Robert Earl O'Neal, II,                    *
                                           *
        Appellant,                         *   Appeal from the United States
                                           *   District Court for the Eastern
    v.                                     *   District of Missouri.
                                           *
Michael Bowersox,                          *            [PUBLISHED]
                                           *
        Appellee.                          *
_____

                    Submitted:  November 30, 1995

                    Filed:  December 1, 1995
_____

Before BOWMAN, MAGILL, and HANSEN, Circuit Judges.
_____

PER CURIAM.


    On November 29, 1995, the District Court[1] denied O'Neal's second
petition for a writ of habeas corpus.  This is a death penalty case and
execution is set for 12:01 a.m. on December 6, 1995.  On November 30, 1995,
the District Court granted O'Neal's application for a certificate of
probable cause and his motion for a stay of execution pending disposition
of his appeal, which we now have before us.  The state appeals the stay
order entered by the District Court.


    O'Neal's present habeas petition presents only one ground for relief
not raised in his first petition:  an alleged <u>Brady</u>

_____

    [1]The HONORABLE GEORGE F. GUNN, JR., United States District
Judge for the Eastern District of Missouri.

violation. The District Court thoroughly considered this claim and concluded that it constitutes an abuse of the writ because O'Neal has failed to show why he could not have obtained the factual basis of the claim prior to filing his first petition. The Court further concluded that even if O'Neal could show that his new claim was not an abuse of the writ, the claim in any event lacks merit because there is no reasonable probability that the result of O'Neal's criminal trial would have been different had the evidence been disclosed.

Having reviewed the materials that have been submitted to the Court by the parties, we are satisfied that the District Court ruled correctly in denying O'Neal's second habeas petition. The order of the District Court is affirmed on the basis of that court's well-reasoned opinion and the stay of execution is vacated.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.